IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN BERNHOLT, and BERNHOLT DESIGN SOLUTIONS, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>JEFF ALLEN, ABP ENGINEERING, LLC, MMIS HOLDINGS, LLC, and MIDWEST MECHANICAL INDUSTRIAL SERVICES, LLC, <br><br>Defendants. | **8:19CV419** <br><br>**AMENDED PROGRESSION ORDER** |

The parties have jointly requested the extension of certain deadlines (Filing No. 33). Accordingly, IT IS ORDERED that the parties' joint motion (Filing No. 33) is granted and the final progression order is extended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is August 18, 2020. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by August 31, 2020.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)) is September 9, 2020.

3) The deadlines for complete expert disclosures[1] for all experts expected to

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated

testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | October 6, 2020. |
| For the defendant(s): | November 5, 2020. |
| Plaintiff(s)' rebuttal: | November 19, 2020. |

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is December 9, 2020.

5) The deadline for filing motions to dismiss and motions for summary judgment is January 5, 2021.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 5, 2021.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 5th day of June, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

within that expert's treatment records and reports must be separately and timely disclosed.